IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr55 HTW-FKB

MARVIN NAYLOR  18 U.S.C. § 922(g)(1)



**The Grand Jury charges:**

That on or about November 10, 2015, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **MARVIN NAYLOR,** having been convicted previously of a felony, that is a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this Indictment:

One (1) Kimber Model Stainless Ultra Carry II, .45 ACP pistol, serial number: KU64845

Once (1) Taurus Model: PT92AFS, 9 mm pistol, bearing serial number TVH47807

One(1) Remington Model: 11-87, 12 gauge shotgun serial number PC188541

Two (2) .45 ACP magazines along with 13 rounds of ammunition

One (1) 9mm magazine along with 10 rounds of ammunition

Two (2) rounds of .22 caliber ammunition

Eleven (11) rounds of .45 ACP ammunition

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 26th day of July, 2016.

UNITED STATES MAGISTRATE JUDGE